All concur, except Crosby, J., who dissents and votes for affirmance in memorandum. Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

CROSBY, J. (dissenting). Under section 309 of the Surrogate's Court Act we should make a finding of fact that objectants have not borne the burden of showing that the decedent had a claim against the James H. West & Sons., Inc, at the time of her death.

Decree affirmed except so far as it relates to the fourth objection which refers to an alleged debt owing by the James H. West & Sons, Inc., to decedent, and decree so far as it relates to said objection reversed and matter relating to said objection remitted to the Surrogate's Court for further proceedings in accordance with the memorandum, without costs of this appeal to any party.

DANIEL J. BURKE, Appellant, v. FRANK BURGESS and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements, and time to serve amended complaint extended to twenty days after the date of service of a copy of the order, with notice of entry, and upon payment of costs in this court and at the Special Term. Memorandum: The diffuse, repetitious and chaotic amended complaint seems to allege in each of the first and second causes of action sundry causes of action not now separately stated and numbered. The third cause of action apparently alleges nothing but damages in addition to the first two causes of action. A plain and concise statement of material facts upon which each cause of action is founded as provided for in section 241 of the Civil Practice Act will further the interests of justice. All concur. (The order directs plaintiff to serve an amended complaint.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

In the Matter of the Judicial Settlement of the Accounts of FRANK J. MAGUIRE, as Executor and Trustee under the Last Will and Testament of JOSEPHINE V. BLODGETT, Deceased.— Order modified by limiting the examination to the period following November 14, 1924, and as modified affirmed, without costs of this appeal to any party. All concur. (The order grants a motion for inspection of books before trial.) Present — Sears, P. J., Edgcomb, Crosby, Cunningham and Taylor, JJ.

WILLIAM STENGLEIN, an Infant, by ANDREW STENGLEIN, His Guardian ad Litem, Appellant, v. THE CITY OF ROCHESTER and NICHOLAS MORTORONA, Respondents. — Judgment and order affirmed, with costs. All concur. (The judgment is for defendant in an action for damages sustained through the negligent operation of a motorized street-sweeper. The order denies a motion for a new trial.) Present — Sears, P. J., Edgcomb, Crosby, Cunningham and Taylor, JJ.

ANDREW STENGLEIN, Appellant, v. THE CITY OF ROCHESTER and NICHOLAS MORTORONA, Respondents.— Judgment and order affirmed, with costs. All concur. (The judgment is for defendant in an action for damages sustained through the negligent operation of a motorized street-sweeper. The order denies a motion for a new trial.) Present — Sears, P. J., Edgcomb, Crosby, Cunningham and Taylor, JJ.

THE CITY OF BUFFALO, Respondent, v. JENNIE W. COTTLE and EDMUND P. COTTLE, as Surviving Executors, etc., of OCTAVIUS O. COTTLE, Deceased, and EDMUND P. COTTLE and BESSIE McK. COTTLE, His Wife, Appellants, and Other